IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02311-GPG

TONI WILLIAMS-BULLOCK,

    Plaintiff,

v.

GIRL SCOUTS OF COLORADO,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Toni Williams-Bullock, initiated this action by filing *pro se* a Title VII Complaint and Jury Demand (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2).  On October 20, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Ms. Williams-Bullock to cure a deficiency if she wishes to pursue her claims.  Specifically, Magistrate Judge Gallagher directed Ms. Williams-Bullock to file an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) that is signed.  Ms. Williams-Bullock was warned that the action would be dismissed without further notice if she failed to cure the deficiency within thirty days.

    Ms. Williams-Bullock has failed to cure the deficiency within the time allowed and she has failed to respond in any way to Magistrate Judge Gallagher's October 20 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiency.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal

from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Title VII Complaint and Jury Demand and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Williams-Bullock failed to cure the deficiency as directed.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.   It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is denied as moot.

DATED at Denver, Colorado, this   25th   day of    November    , 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court